# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Tanisia Bowman
                          Plaintiff,

v.                                                Case No.: 1:25–cv–13022
                                                  Honorable John F. Kness

Kiyonna Clothing, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 4, 2026:

      MINUTE entry before the Honorable John F. Kness: Defendant's agreed motion to stay [17] is granted for the reasons provided by Defendant. This being the fourth request for an extension of time, no further extensions will be granted. The hearing set for 3/10/2026 is reset to 4/21/2026 at 9:45 A.M. and will be conducted in person with lead counsel for both sides required to be physically present in Courtroom 2125. No requests to continue the hearing will be allowed, but the hearing will be stricken upon the filing of a stipulation of dismissal under FRCP 41(a). Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.